UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>-against-<br><br>STEVEN GUZMAN,<br><br>                Defendant. | 10-CR-1058-2 (LAP)<br><br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

   The Court is in receipt of Mr. Guzman's revised request to travel to the Dominican Republic from November 17, 2020 to December 2, 2020.  Mr. Guzman's requested travel is APPROVED.

   **SO ORDERED.**

Dated:   New York, New York
         November 16, 2020

_____
LORETTA A. PRESKA
Senior United States District Judge

1