UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>-against-<br><br>STEVEN GUZMAN,<br><br>    Defendant. | 10-CR-1058-2 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

  The Court is in receipt of Mr. Guzman's revised request to travel to the Dominican Republic from November 22, 2020 to December 5, 2020.  Mr. Guzman's requested travel is APPROVED.

  **SO ORDERED.**

Dated: New York, New York
    November 23, 2020

        _Loretta A. Preska_____
        LORETTA A. PRESKA
        Senior United States District Judge

1